```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/12/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHARLIE G. CURRIN,                                    :
                                                      :          21-CV-10763 (ALC)
                              Plaintiff,              :
                                                      :
              - against -                             :          **ORDER**
                                                      :
GLENWOOD MANAGEMENT CORP.                              :
                                                      :
                              Defendant.              :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On September 26, 2022, attorney Elio Forcina appeared on behalf of Plaintiff in this action. (Dkt. 15.) On December 6, 2022, Plaintiff's counsel failed to appear for a scheduled pre-settlement conference. The Court ordered Plaintiff's counsel to show cause in writing as to why he failed to appear (Dkt. 23), but to date counsel has not done so. A settlement conference is scheduled for January 18, 2023, but Plaintiff's counsel has not submitted a statement for that purpose in accordance with the Court's Individual Practices. Neither the Court nor Defendants' counsel has been able to reestablish contact with Plaintiff's counsel.

Therefore, by **January 26, 2023**, either (1) Plaintiff's counsel shall file a letter explaining the status of the case and his involvement therewith; or (2) if Plaintiff is unable to establish contact with his own counsel, he shall so inform the Court in writing.

In light of the above, the settlement conference scheduled in this matter and in the related matters at 22-CV-5289 and 22-CV-5291 for January 18, 2023 is adjourned sine die.

SO ORDERED.

_____

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 12, 2023
      New York, New York

Copies transmitted this date to all counsel of record.  The Clerk of Court is respectfully requested to mail a copy of this order to Plaintiff at:

Charlie G. Currin
330 West 39th Street
Apt. 19-G
New York, NY 11576