USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/11/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHARLIE G. CURRIN,

                Plaintiff,

  - against -

GLENWOOD MANAGEMENT CORP.

                Defendant.
-----------------------------------------------------------X

21-CV-10763 (ALC) (RWL)
22-CV-5289 (ALC) (RWL)
22-CV-5291 (ALC) (RWL)
22-CV-5424 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On April 4, 2023, this Court ordered Plaintiff to provide the executed copies of stipulations of dismissal, required by the parties' settlement agreement, by April 6, 2023. (Dkt. 34.) According to Defendants (Dkt. 35), Plaintiff's counsel failed to comply with that obligation. Accordingly, no later than **April 12, 2023**, Plaintiff shall provide to defense counsel the executed stipulations of dismissal and any other documents required pursuant to the settlement agreement. The Court notes, however, that on February 27, 2023, the Court issued a 30-day dismissal order that dismissed these cases, without prejudice to restore the action if a request to do so was made within 30 days. (Dkt. 28.) Neither party requested to restore the cases to the docket within that 30-day period. Accordingly, these cases are, by effect of the February 27, 2023 order, dismissed with prejudice, without costs to either side except as otherwise may be provided in the parties' settlement agreement. The Clerk of Court is respectfully requested to terminate any pending motions and deadlines and close these cases.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 11, 2023
       New York, New York

Copies transmitted this date to all counsel of record.  The Clerk of Court is respectfully requested to mail a copy of this order to Plaintiff at:

Charlie G. Currin
330 West 39th Street
Apt. 19-G
New York, NY 11576